PROB 12B
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 13 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Shad Galyean | Case Number: 4:13CR00085 JLH |

Name of Sentencing Judicial Officer:   Honorable Gary A. Fenner
United States District Judge

March 22, 2013:  Transfer of Jurisdiction accepted by the Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas

Original Offense:   Conspiracy to Distribute More Than 50 Grams of Methamphetamine (Actual)

Date of Sentence:   August 26, 2010

Original Sentence:   35 months Bureau of Prisons, 5 years supervised release, substance abuse treatment, drug testing, DNA, alcohol abstinence, search conditions, satisfy all warrants/pending charges within the first 60 days of supervised release, comply with the Western District of Missouri Offender Employment Guideline, and $100 special penalty assessment

| | | |
|---|---|---|
| Type of Supervision: | Supervised release | Date Supervision Commenced: November 1, 2012<br>Date Supervision Expires: October 31, 2017 |
| U.S. Probation Officer: Jay Baker Hudson | Asst. U.S. Attorney: Jana K. Harris | Defense Attorney: Nicole Lybrand |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant will reside at and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and direction of the U.S. Probation Office.**

## CAUSE

On May 23, June 6 and 13, and September 26, 2013, Mr. Galyean submitted urine specimens which tested and confirmed positive for the use of methamphetamine. Mr. Galyean has been afforded the opportunity to attend outpatient/inpatient treatment, but has continued to use methamphetamine. Mr. Galyean has agreed that the modification will allow him to address his substance abuse issues and develop pro social contacts.

Prob 12B                              -2-                    Request for Modifying the
                                                          Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Shad Galyean                     Case Number: 4:13CR00085 JLH

_____                  _____
Jay Baker Hudson                                   Jana K. Harris
U.S. Probation Officer                             Assistant U.S. Attorney

Date: November 4, 2013.                            Date 11-12-13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

                                                   _____
                                                   Signature of Judicial Officer

                                                   November 13, 2013
                                                   _____
                                                   Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Nicole Lybrand, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana K. Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will reside at and participate in a residential re-entry center for a period of time not to exceed six months, under the guidance and direction of the U. S. Probation Office.**

Witness: _____     Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____11-4-13_____
DATE